■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES REID ROBERTS, Appellant.—Judgment unanimously affirmed. Memorandum: On this record it cannot be said that defendant knowingly and voluntarily waived his right to appeal. We have, therefore, reviewed the claims raised and find that none requires reversal of the judgment. (Appeal from judgment of Orleans County Court, Miles, J.—assault, second degree.) Present—Dillon, P. J., Boomer, Green, Pine and Balio, JJ.